**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6959**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL WALFORD CLARKE, a/k/a "G",

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-92-75)

———————————

Submitted:  September 21, 2000      Decided:  September 29, 2000

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael Walford Clarke, Appellant Pro Se.  Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael W. Clarke appeals from the district court's order denying his motion for modification of his sentence pursuant to 18 U.S.C.A. § 3582(c)(1)(B) (West 1985 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Clarke, No. CR-92-75 (M.D.N.C. June 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2